PROBATION FORM NO. 35　　　　　　　　　　　　　Report and Order Terminating Probation/
(1/92)　　　　　　　　　　　　　　　　　　　　　　　　　　　　Supervised Release
　　　　　　　　　　　　　　　　　　　　　　　　Prior to Original Expiration Date

## United States District Court

### FOR THE

### DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

v.　　　　　　　　　　　　　　　　　　　Crim #: 3:00CR00072(DJS)

JOHN DUER　　　　　　　　　　　　　　　Re: **Early Termination of Supervision**

On November 13, 2000 the above named was sentenced to 5 years probation. Mr. Duer has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that he be discharged from supervision.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　Joseph Zampano
　　　　　　　　　　　　　　　　　　　United States Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervision and that the proceedings in this case be terminated.

Dated this 11th day of May, 2005

　　　　　　　　　　　　　　　　　　　The Honorable Dominic J. Squatrito
　　　　　　　　　　　　　　　　　　　Senior United States District Judge